IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GUY W. NELSON,

                Plaintiff,

    v.

TRANSGUARD INSURANCE COMPANY
OF AMERICA, INC.,

                Defendant.

ORDER

14-cv-862-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Guy Nelson has filed a motion in which he asks the court to refer the parties to mediation with the clerk of court and to stay the preliminary pretrial conference, scheduled for March 20, 2015.  The parties do not need a referral from the court to enter mediation with the clerk of court; they are free to contact the clerk of court at any time to request a mediation conference or to choose their own mediator.  Moreover, the preliminary pretrial conference merely sets the schedule for the case.  I see no reason why setting a schedule should affect the parties' ability to mediate and reach settlement in this matter.

1

Accordingly, both aspects of plaintiff's motion, dkt. #7, are DENIED.

Entered this 18th day of March, 2015.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge