IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GUY W. NELSON,

    Plaintiff,

v.

TRANSGUARD INSURANCE
COMPANY OF AMERICA, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-862-bbc

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Transguard Insurance Company of America, Inc. granting its motion for judgment on the pleadings and dismissing this case.

    s/V. Olmo, Deputy Clerk                 10/14/2015
    Peter Oppeneer, Clerk of Court               Date